UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ELITE WOUND CARE CONSULTANTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>VENTURE MEDICAL, LLC,<br><br>Defendant. | Case No. CV-24-121-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the order dated September 3, 2025, Doc. 33. This matter is DISMISSED with PREJUDICE.

Dated this 3rd day of September, 2025

TYLER P. GILMAN, CLERK

By:   /s/ Sarah Nagy
       Deputy Clerk